**Order entered January 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00900-CR
No. 05-13-00901-CR

**JAMES RILEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-40796-S, F**

## ORDER

The Court **DENIES** appellant's January 24, 2014 pro se motion for a bench warrant. Appellant is represented by counsel who filed a brief that raises issues on the merit and the appeals will be set for submission in due course.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to James Riley, TDCJ No. 01864052, Torres Unit, 125 Private Road 4303, Hondo, Texas 78861

/s/     LANA MYERS
        JUSTICE